**STATEMENT OF FACTS**

On July 26, 2025, at approximately 3:54 PM, members of the Metropolitan Police Department's ("MPD") Robbery Suppression Unit observed an individual (herein referenced as "HOLLAND") sitting on the front steps of an apartment building located at 601 53rd Street SE, in the District of Columbia, smoking what appeared to be a marijuana cigarette.

As MPD officers exited their vehicles, HOLLAND discarded the marijuana cigarette and fled into 601 53rd Street SE. While officers pursued HOLLAND into the apartment complex, MPD Sergeant Haley Wershbale, Badge # S-667, recovered the marijuana cigarette in the location that HOLLAND was observed discarding it.

Officers observed HOLLAND frantically attempt to enter unit # 302 and ultimately grabbed HOLLAND. MPD Investigator Nicholas Damron, Badge # IV-1919, felt what he immediately recognized to be a firearm in the satchel worn by HOLLAND.

Investigator Damron removed the satchel from HOLLAND's person, and a firearm was located inside the satchel. Further investigation revealed that the firearm was a Glock Model 19, with Serial # CDPD501. The firearm was a nine-millimeter caliber with a thirty-one-round magazine, loaded with twenty-six rounds of ammunition, and one round loaded in the chamber of the firearm.



*Figure 1 – Firearm recovered in the satchel on HOLLAND's person.*

An NCIC/WALES database check on the firearm with Serial # CDPD501 revealed that the firearm was not registered in the District of Columbia. HOLLAND has a prior felony conviction in the District of Columbia for Carrying a Pistol Without a License (Outside Home or Place of Business), Case No. 2020 CF2008388, an offense punishable by more than one year of imprisonment. Accordingly, HOLLAND would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing

the firearm and ammunition. Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

    As such, your affiant submits that probable cause exists to charge Jaliel Cortez HOLLAND with a violation of 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

_____
Special Agent Darius Terry
Bureau of Alcohol, Tobacco, Firearms and Explosives

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 30th day of July 2025.*

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE